PROB 12A
(7/93)



**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: Veronica E. Cruz          Case Number: CR 01-00009-002

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:          September 20, 2001

Original Offense: Theft of U.S. Mail, in violation of 18 U.S.C. § 1708.

Original Sentence: Six month imprisonment term followed by a three year term of supervised release with conditions: refrain from the use of any and all alcoholic beverages; participate in a drug treatment program approved by the U.S. Probation Office and make co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; pay restitution in the amount of $44,862.81 jointly and severally with co-defendant Jesse T. Wells; not incur any new credit charges or open additional lines of credit without the approval of the U.S. Probation Office; provide the U.S. Probation Office access to any requested financial information; pay all outstanding debts; and pay a $100 special assessment fee. **Modified** on December 4, 2002 to include 100 hours of community service as a sanction for noncompliance. **Modified** on January 8, 2003 to include that she participate in a mental health treatment program. **Modified** on January 5, 2005 to include 250 hours of community service as a sanction for noncompliance. **Revoked** on March 29, 2005 and sentenced to one day imprisonment, followed by a one year term of supervised release.

Type of Supervision: Supervised Release       Date Supervision Commenced: April 15, 2005

### NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

1.    Shall not commit another federal, state, or local crime.

ORIGINAL ✓

On March 12, 2005, Ms. Cruz was issued a traffic citation (number 1C00665726) by a Guam Police Department officer for Reckless Driving, and Disobeying a Red Traffic Light, in violation of Title 16 Guam Code Annotated, Section 9107(a). Ms. Cruz failed to appear for hearings at the Superior Court of Guam's Traffic Court on April 15, 2005 and September 23, 2005. On September 23, 2005, a warrant of arrest was issued due to her failure to attend her court hearings. On October 12, 2005, Ms. Cruz attempted to obtain a "clearance form" at the Superior Court of Guam Clerk's Office and was informed of her outstanding warrant of arrest. She paid the $500 traffic fine on the same date and was subsequently released (verified).

Except as outlined above, Ms. Cruz has been generally compliant with the conditions of supervision since being placed on supervised release. She completed the drug treatment program on November 18, 2003. She tested consistently negative on urinalysis and breathalyser tests conducted. She also paid her $100 special assessment fee on March 4, 2004, and completed her community service requirement on October 4, 2005.

This probation officer respectfully requests that the Court take no action at this time. Ms. Cruz has been warned of the consequences of future violations. The Court will be kept informed of further noncompliance.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 10/19/05

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer
Date: 19 Oct 2005

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

RECEIVED
OCT 20 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
Date